# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                           NO.  2022 CW 0849
INTEREST OF M.H.


**AUGUST 25, 2022**

---

In Re:    L.H., applying for supervisory writs, 22nd Judicial
          District Court, Parish of St. Tammany, No. 191-2022.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the judgment, order, or ruling complained of.  See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6).

Supplementation of this writ application and/or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before September 26, 2022 and must contain a copy of this ruling.

> JMM
> PMc
> GH

COURT OF APPEAL, FIRST CIRCUIT

_α.Sₙ_

_____
DEPUTY CLERK OF COURT
   FOR THE COURT